UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIKSHIT SHARMA § § Plaintiff § § v. § § § Civil Action No. 4:14-cv-01600 § EMERSON PROCESS MANAGEMENT § LLLP, a limited liability limited § partnership, Emerson FZE, a foreign § corporation, ROYAL DUTCH SHELL PLC,§ a foreign corporation, and SHELL IRAQ § PETROLEUM DEVELOPMENT B.V. § § Defendants § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Dikshit Sharma; Defendants are Emerson Process Management LLLP, Emerson FZE, Royal Dutch Shell PLC, and Shell Iraq Petroleum Development B.V. (collectively referred to as "Defendants").

2. Defendants have been served with process and have not served an answer or a motion for summary judgment.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal-or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is without prejudice.

                                               Respectfully submitted by,

                                               Paranjpe & Mahadass LLP

                                               /s/ Tej R. Paranjpe_____
                                               Tej R. Paranjpe
                                               SBN: 24071829
                                               Southern District: 1682215
                                               3701 Kirby Drive, Suite 530
                                               Houston, TX 77098
                                               TParanjpe@pandmllp.com
                                               Tel.:    832-667-7700
                                               Fax:    832-202-2018

## CERTIFICATE OF SERVICE

       I hereby certify that on the 16th day of September, a true and correct copy of Plaintiff's Notice of Dismissal was served on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for Defendants:

    ***Emerson Entities and Shell Entities***
    Elizabeth Kamin
    Strasburger & Price LLP
    909 Fannin Street, Suite 2300
    Houston, TX 77010
    Fax: 713-951-5660
    Email: betsy.kamin@strasburger.com

                                               /s/ Tej R. Paranjpe\_\_\_\_\_
                                               Paranjpe & Mahadass LLP
                                               Tej R. Paranjpe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIKSHIT SHARMA § § § Plaintiff § v. § § § Civil Action No. 4:14-cv-01600 § EMERSON PROCESS MANAGEMENT § LLLP, a limited liability limited § partnership, Emerson FZE, a foreign § corporation, ROYAL DUTCH SHELL PLC,§ a foreign corporation, and SHELL IRAQ § PETROLEUM DEVELOPMENT B.V. § Defendants § | |

**PROPOSED ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL**

After considering Plaintiff's notice of dismissal, the Court

GRANTS the notice and dismisses the case without prejudice.

SIGNED on _____, 2014.

_____
US District Judge

Approved and Entry Requested:

Paranjpe & Mahadass LLP

/s/ Tej R. Paranjpe_____
Tej R. Paranjpe
SBN: 24071829
Southern District: 1682215
3701 Kirby Drive, Suite 530
Houston, TX 77098
TParanjpe@pandmllp.com
Tel.:   832-667-7700
Fax:   832-202-2018