UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIKSHIT SHARMA §<br>§<br>Plaintiff §<br>v. §<br>§<br>§<br>EMERSON PROCESS MANAGEMENT §<br>LLLP, a limited liability limited §<br>partnership, Emerson FZE, a foreign §<br>corporation, ROYAL DUTCH SHELL PLC,§<br>a foreign corporation, and SHELL IRAQ §<br>PETROLEUM DEVELOPMENT B.V. §<br>Defendants § | Civil Action No. 4:14-cv-01600 |

### ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

After considering Plaintiff's notice of dismissal, the Court

GRANTS the notice and dismisses the case without prejudice.

SIGNED on _____9-17_____, 2014.

_____
US District Judge

Approved and Entry Requested:

Paranjpe & Mahadass LLP

/s/ Tej R. Paranjpe
Tej R. Paranjpe
SBN: 24071829
Southern District: 1682215
3701 Kirby Drive, Suite 530
Houston, TX 77098
TParanjpe@pandmllp.com
Tel.:   832-667-7700
Fax:   832-202-2018